**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:  GRACE DENISE MCQUEEN                                      CASE NO:2131914
332 DUBLIN PLACE
MONTGOMERY, AL 36108

---

### INCOME WITHHOLDING ORDER

TO:     HYUNDAI
ATTN PAYROLL
700 HYUNDAI BLVD
MONTGOMERY, AL 36105

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code.  It is hereby

ORDERED that HYUNDAI withhold from the wages, earnings, or other income (including vacation pay) of this debtor the sum of **$230.00 BI-WEEKLY. INCLUDE THE DEBTOR'S NAME AND CASE NUMBER WITH EACH REMITTANCE** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**P O BOX 613108**
**MEMPHIS TN  38101-3108**

***OR* make payments electronically at https://www.tfsbillpay.com/employer**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.  The employer is also directed to notify the Trustee at 13trustee@ch13mdal.org if the employment status of the employee changes or the employee is terminated.

This Order supercedes any previous Order for payment in this case and continues in force and effect until further Order of this court.

Done Thursday, September 15, 2022.

*/ s / Christopher L. Hawkins*
Christopher L. Hawkins
United States Bankruptcy Judge

cc:  Debtor
Debtor's Attorney